

NEW YORK
80 Pine Street, 10th Floor
New York, NY 10005
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 215
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

YELENA GRAVES
ygraves@sralawfirm.com
Direct 212.931.8307

April 23, 2025

Via NYSCEF

Honorable Judge Frederic Block
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

  Re: *Maria Alejandra Montoya Sanchez v. Home Depot U.S.A., Inc.*
     Docket No.: 1:24-cv-07552

Dear Magistrate Judge Scanlon:

We represent Defendant, Home Depot USA, Inc., in the above-referenced lawsuit. We are pleased to report that the parties reached an amicable settlement of this matter. We will file a Stipulation of Dismissal upon execution of all necessary settlement documents and the tender of the settlement funds. We respectfully request the Court to allow forty five (45) days for the filing of the Stipulation of Dismissal.

Respectfully submitted,

*/s/ Yelena Graves*

YELENA GRAVES
YG/pj

cc: (Via ECF)

Bobby Walia, Esq.