UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA ALEJANDRA MONTOYA SANCHEZ,

                           Plaintiff,

-against-

HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT,

                           Defendant.
-----------------------------------------------------------------X

Docket No.: 1:24-cv-07552-FB-VMS

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Hon. **FREDERIC BLOCK**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs **MARIA ALEJANDRA MONTOYA SANCHEZ** by and through their undersigned counsel, and Defendants HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure that this action, and each and every count, claim and/or counter-claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 29th day of April 2025,

Dated: Queens, New York
       April 29, 2025

**WALIA & WALIA, PLLC**          STRONGIN ROTHMAN & ABRAMS, LLP

By: _____      By: _____
Bobby Walia                                Yelena Graves Esq.
For Walia & Walia, PLLC              For Strongin Rothman & Abrams, LLP
Attorneys for Plaintiff                 Attorneys for the Defendant

# PROPOSED ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: xxxxxxxxxx

By: /S/ Frederic Block 5-21-2025

Hon. FREDERIC BLOCK
United States District Judge